# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JAMES DANIEL SPORISH, | : | |
| Petitioner, | : | |
|  | : | |
| v. | : | No. 2:12-cv-4142 |
|  | : | |
| MICHAEL W. HARLOW, THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : | |
| Respondents. | : | |

## O R D E R

**AND NOW,** this 26th day of September, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Henry S. Perkin's R&R, ECF No. 36, is **ADOPTED**;

2. Petitioner's request for an evidentiary hearing, ECF No. 42, is **DENIED**;

3. Petitioner's objections to the R&R, ECF No. 43, are **OVERRULED**;

4. Petitioner's Motion for Stay and Abeyance, ECF No. 50, is **DENIED**;

5. Petitioner's Motion for Leave to Amend, ECF No. 51, is **GRANTED**, and his additional allegations have been considered as part of this Court's review;

6. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**;

7. There is no basis for issuance of a certificate of appealability;

8. The Order dated May 7, 2015, ECF No. 37, is **AFFIRMED**; and

9. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge